UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHRYN HARMON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CIGNA LIFE INSURANCE COMPANY OF NEW YORK; SALOMON SMITH BARNEY LTD PLAN;<br><br>　　　　Defendants. | Case No.: CV07-07984 GW(JCRx)<br><br>JUDGE:  George H. Wu<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

**O R D E R**

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  June 27, 2008

_____
HONORABLE GEORGE H. WU
Judge of the U.S. District Court

- 1 -
[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE

671484.1